E-FILED
Thursday, 06 May, 2021 10:33:29 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 0 5 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
)
   Plaintiff, )
)
   v. ) Criminal No. 21-CR-30036
) VIO: 18 U.S.C. § 922(g)(1)
)
DEONTE M. PINNICK, )
)
   Defendant. )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of Firearm by Prohibited Person - Felon)**

On or about February 9, 2020, in Sangamon County, Illinois in the Central District of Illinois, the defendant,

**DEONTE M. PINNICK**,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is a Taurus G2C 9mm with a serial number of TLU78372, said firearm having been shipped and transported in interstate and/or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in this Indictment, the defendant,

**DEONTE M. PINNICK,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and all ammunition seized during this investigation involved in the commission of said offenses, including, but not limited to, the firearms identified in the foregoing count one of this Indictment.

A TRUE BILL,

s/ Foreperson
FOREPERSON

s/ Gregory M. Gilmore
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
SES